PD-0292-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/29/2015 3:58:57 PM
Accepted 9/30/2015 10:29:59 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS

## AUSTIN, TEXAS

| | | |
|---|---|---|
| **JENNIFER BANNER WOLFE,** | § | |
| **Appellant** | § | |
| | § | **No. PD-0292-15** |
| **VS.** | § | |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee** | § | |

## FIRST MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, **JENNIFER BANNER WOLFE,** Appellant in the above entitled and numbered causes, by and through his attorney on appeal, **DAVID A. PEARSON, IV**, and files this motion for an extension of thirty (30) days in which to prepare and file his Appellant's Brief. In support of this motion the Appellant would show the following:

1. This cause is styled *Jennifer Banner Wolfe vs. The State of Texas*, and is numbered 1200447D in the trial court, No. 02-12-00188-CR in the Court of Appeals-2nd District of Texas, and PD-0292-15. The Court granted Appellant's Petition for Discretionary Review on 16 September 2015.

1| Motion for Extension

2. That this is the Appellant's first request for an extension of time to file the Appellant's brief in the Court of Criminal Appeals, now due on or before 16 October 2015.

3. That this is Appellant's first request for an extension of time to file the Appellant's brief.

4. That the Appellant hereby requests an extension of thirty (30) days, until 15 November 2015, to file the Appellant's Brief and as reasons therefore would further show the Court that the Attorney for Appellant does not have sufficient time to prepare Appellant's Brief on or before 16 October 2015.

5. That the Appellant is in custody and counsel is court appointed.

6. Attorney for Appellant is a solo-practitioner, without assistance of associate counsel or legal assistants, and is preparing for the following cases. Undersigned Counsel maintains a caseload devoted exclusively to criminal work that is heavily weighted in indigent criminal defense, and that work requires Counsel to make court appearances daily.

*-Rodney Chase Pettigrew. v. State of Texas*, No. 12-14-00494-CR, Court of Appeals – 2nd District of Texas, Capital Murder, **Appellant's brief due 5 October 2015**.

-*State v. Jacque Lamont Anderson*, No. 1391500, 432nd District Court, Tarrant County, Sexual Assault-Continuous, **jury trial 26 October 2015. In the above-referenced case Undersigned Counsel has over 10 items in electronic recordings and digital media to review**.

-*State v. David Dwayne Roland*, No. 1399500, Criminal District Court Three, Tarrant County, Assault FM-Prior FV conviction-habitual count, **jury trial 2 November 2015**.

-*Alfredo Arreola v. State of Texas*, No. 11-15-00116-CR, Court of Appeals – 11th District of Texas, Aggravated Robbery, Appellant's brief due on 23 November 2015.

-*Staten William Corbett, Jr. v. State of Texas*, No. 12-15-00313-CR, Court of Appeals – 2nd District of Texas, Murder.

-*State v. Robert Brandon Morris*, No. CR15-0169, 43rd District Court, Parker County, Injury to Child-Serious Bodily Injury, Mental Impairment.

-*State of Texas v. James Michael Lee Chestnut*, No. 15444, 29th District Court, Palo Pinto County, Debit Card Abuse.

-*State v. Hayward Russell Murphy*, No. CR18258, 271st District Court, Wise County, Theft Property, >20K <100K.

-*State v. David Lane Basham*, No. 1398744, Criminal District Court Three, Tarrant County, Aggravated Robbery, jury trial 30 November 2015.

Undersigned Counsel has devoted numerous out-of-court hours to prepare the above-referenced cases for trial. **In most of the above-referenced cases Undersigned Counsel has logged numerous hours reviewing electronic recordings and digital media**.

7. During the last sixty (60) days, along with many court docket settings and client/case matters, Attorney for Appellant has completed the following:

-*State of Texas v. Nicholas Ryan Acree*, Nos. 1386753, 1376155, 1382616, 1388825, 1410503, 1404360, 372nd District Court, Tarrant County, Murder, Unlawful possession of firearm, Engaging organized crime (3 charges), and Possession controlled substance <1g. **In these six cases for one court-appointed client, Undersigned Counsel was representing an individual who was indicted for 6 cases total, 4 of which are "3g" aggravated offenses. These cases were further complicated because the "3g" offenses involve at least 7 co-defendants and involve alleged gang and organized crime. In the cases against Undersigned Counsel's client, Counsel was responsible**

**for review of over 25 digital discs disclosed by the state, with the conservative estimate of over 50 hours at least in length of total time to review.**

-*Michael D. Thomas aka Michael Thomas v. State of Texas*, No. 07-15-00257-CR and 07-15-00258-CR, Court of Appeals – 7th District of Texas, Robbery, **Appellant's brief filed on 9 September 2015**.

-*Paul C. Erin v. State of Texas*, No. 18-15-00025-CR, Court of Appeals – 8th District of Texas, Murder, **Appellant's brief filed on 25 August 2015**.

-*Ricky D. Davis v. State of Texas*, No. 02-13-00468-CR, Court of Appeals – 2nd District of Texas, **Appellant's brief filed on 5 August 2015**.

-*Steven Lawayne Nelson v. State*, AP-76,924, capital murder, petition for writ of certiorari filed in U.S. Supreme Court on 13 July 2015. Undersigned Counsel expended over **22 hours from June to July 2015** to complete the petition for writ of certiorari.

-*State v. Joseph Robert Dodson*, No. 1316921, 297th District Court, Tarrant County, Capital Murder, resolved by plea 10 June 2015 after logging numerous hours.

8. This motion is not filed for the purpose of delay, but rather so that there will be sufficient time for the work to be done in a proper manner and for the effective assistance of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully prays that this Honorable Court extend the time for filing Appellant's Brief in this cause until 15 November 2015.

Respectfully Submitted,

DAVID A. PEARSON, P.L.L.C.

By:_____
David A. Pearson, IV
ATTORNEY FOR APPELLANT
222 W. Exchange Ave., Ste. 103
Fort Worth, Texas 76164
(817) 625-8081
FAX: (817) 625-8038
Bar ID# 15690465
E-MAIL: david@lawbydap.com

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing First Motion for Extension of Time for Filing Appellant's Brief was e-served to Tanya S. Dohoney, Tarrant County Assistant District Attorney, at CCAAppellateAlerts@TarrantCounty.com on the 29th day of September, 2015.

David A. Pearson, IV

<u>CERTIFICATE OF CONFERENCE</u>

I certify that a conference was held with Hon. Tanya S. Dohoney, Assistant District Attorney, Tarrant County, Texas, on the 29th day of September 2015, and the State ~~DOES~~/DOES NOT oppose the Appellant's foregoing motion.

David A. Pearson, IV